HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH PAUL ZIMMERMAN,<br>Petitioner,<br>v.<br>JACK WARNER,<br>Defendant. | CASE NO. 3:25-CV-6050-RAJ-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (the "Report and Recommendation," Dkt. # 27), Petitioner's objections to the Report and Recommendation (the "Objections," Dkt. # 30), Petitioner's Motion for Extension of Time to Respond to the Report and Recommendation (Dkt. # 28), and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation. Dkt. # 27.

(2) Petitioner's federal habeas Petition is barred by the one-year limitations period imposed under 28 U.S.C. § 2244(d) and is dismissed with prejudice.

(3) Petitioner's Motion to Stay and Abey (Dkt. # 7) is **DENIED**.

(4) Petitioner's Motion for Extension of Time to Respond to the Report and Recommendation (Dkt. # 28) is **DENIED**.

(5) A certificate of appealability is **DENIED** in this case.

(6) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable David W. Christel.

Dated this 31st day of July, 2026.

The Honorable Richard A. Jones
United States District Judge